1032

No. 1176, Misc. ROOF v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frederic A. Johnson* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Edward Fenig* for the United States.

No. 1190, Misc. WARE v. PRESTON ET AL. C. A. D. C. Cir. Certiorari denied. *Robert L. Weinberg* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for respondents.

No. 1199, Misc. MALDONADO v. BOARD OF VETERANS APPEALS. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1205, Misc. McCRARY v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *James H. Bateman* for petitioner.

No. 1206, Misc. WHITAKER v. KENTUCKY. Ct. App. Ky. Certiorari denied. *David Kaplan* for petitioner.

No. 1209, Misc. ROSS v. CRAVEN, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1213, Misc. WILLIAMS v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1214, Misc. AVILA v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1226, Misc. BOLTON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.